RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
VICTORIA L. WEATHERFORD (S.B. #267499)
vweatherford@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendants
JOHNSON & JOHNSON and JOHNSON &
JOHNSON CONSUMER COMPANIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA ESTRADA, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Defendants. | Case No. 2:14-cv-01051-TLN-KJN<br><br>**STIPULATION AND ORDER ALTERING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE COMPLAINT**<br><br>Hearing Date:   September 11, 2014<br>Time:                   2:00 p.m.<br>Judge:                 Hon. Troy L. Nunley<br>Courtroom:         2<br><br>Complaint Filed:   April 28, 2014 |

Pursuant to Civil Local Rules 143 and 144, the parties to the above-entitled action, by and through their undersigned counsel, hereby submit this Stipulation Altering Time to Respond to Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc. ("J&J")'s anticipated Motion to Dismiss and/or Strike the Complaint (the "Motion").  The parties submit this

1  stipulation in order to set a mutually agreeable briefing schedule on J&J's Motion, which is due to
2  be filed on June 20, 2014.  Specifically, the parties stipulate and request that the Court set July 31,
3  2014 as the deadline for Plaintiff to file her Opposition and August 28, 2014 as the deadline for
4  J&J to file its Reply (J&J intends to notice its Motion for hearing on September 11, 2014).
5   Moving these deadlines will not have any effect on any other date or deadline in this
6  action.  Accordingly,
7  WHEREAS, Plaintiff Mona Estrada ("Plaintiff") filed her Complaint in the above-entitled
8  action on April 28, 2014;
9  WHEREAS, Plaintiff served the summons and Complaint on J&J on May 2, 2014;
10  WHEREAS, the parties previously stipulated to extend the deadline by which J&J must
11  answer or otherwise respond to the Complaint by twenty-eight days until June 20, 2014;
12  WHEREAS, J&J intends to file a Motion to Dismiss and/or Strike on June 20, 2014, and
13  intends to notice the Motion for a hearing on September 11, 2014;
14  WHEREAS counsel for Plaintiff and for J&J have agreed, subject to Court approval, to a
15  mutually agreeable briefing schedule on the Motion;
16  The parties hereby STIPULATE and agree, subject to Court approval, to the following:
17  1. The deadline for Plaintiff to submit her Opposition to J&J's Motion shall be July 31,
18  2014;
19  2. The deadline for J&J to submit its Reply in support of its Motion shall be August 28,
20  2014; and
21  3. The hearing on the Motion shall be set for September 11, 2014.
22  ///
23  ///
24  ///
25
26
27
28

Respectfully submitted,

DATED: June 12, 2014                    By:    /s/ Victoria L. Weatherford
                                                    Victoria L. Weatherford

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
e-mail: vweatherford@omm.com

*Counsel for Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.*

DATED:  June 12, 2014                   By:    /s/ Timothy G. Blood
                                                    Timothy G. Blood

BLOOD HURST & O'REARDON, LLP
701 B. Street, Suite 1700
San Diego, California 92101
Telephone:      (619) 338-1100
Facsimile:      (619) 338-1101
e-mail:         tblood@bholaw.com

*Counsel for Plaintiff Mona Estrada*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 12, 2014

_____
Troy L. Nunley
United States District Judge